UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-20085-CR-JEM

UNITED STATES OF AMERICA,
Plaintiff,

v.

Abhijeetsinh Jadeja
Defendant.

**RULE 44(c) ADVICE AND WAIVER CONCERNING CONFLICT OF INTEREST**

## ADVICE OF RIGHT TO SEPARATE COUNSEL

The United States Constitution guarantees that every defendant in a criminal case shall have the right to effective assistance of counsel. When one lawyer represents two or more defendants in the same case he may experience a conflict of interest, which means he may not be able to give equally good representation to each defendant. This is because no two persons are ever exactly alike and one person's involvement in a criminal case is never exactly the same as that of another person. In order to be of the greatest assistance to you, your lawyer might need to say or do something that would not be in the best interest of your co-defendant and you, both.

The law gives each defendant the right to have a separate lawyer.

## WAIVER OF RIGHT TO SEPARATE COUNSEL

I have read the above explanation of my right to separate counsel and have asked any questions that I had of my lawyer or the Judge. I understand my right to have a separate lawyer, but I want to give up this right. I want Jason Grey to be my lawyer, even though he/she represents another defendant(s) in this case and might have a conflict of interest which will not be in my best interest. I understand that if I change my mind about this later the trial will not be postponed so that I can get another lawyer.

Dated: 3/10/17 Defendant: Abhijeetsinh Jadeja

## CERTIFICATE OF MAGISTRATE JUDGE

The defendant whose name appears above appeared before the undersigned in open Court this date, was fully advised by me in accordance with **Fed.R.Crim.P. 44(c)**, and signed the above waiver in my presence.

Dated: 3/10/17

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

c: AUSA
Defense Counsel
Pretrial Services
U.S. Marshal