**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20085-CR-MARTINEZ**

**UNITED STATES OF AMERICA**

**vs.**

**ABHIJEETSINH JADEJA,**

**Defendant.**
_________________________________/

**ORDER OF FORFEITURE**

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for entry of an Order of Forfeiture for a money judgment in the amount of $167,400 in U.S. currency against Defendant Abhijeetsinh Jadeja, pursuant to 18 U.S.C. § 981(a)(1)(C), and the procedures set forth in 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. Being fully advised in the premises and based on the United States' Unopposed Motion for Order of Forfeiture, and Memorandum of Law In Support Thereof, the record in this matter, and for good cause shown thereby, the Court finds as follows:

1. On or about January 27, 2017, a grand jury indicted Defendants Abhijeetsinh Jadeja ("Defendant Jadeja") and Rachel Jean Roragen ("Defendant Roragen") (collectively, the "Defendants") on one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and seven counts of wire fraud, in violation of 18 U.S.C. § 1343. *See* Indictment, ECF No. 1. Defendant Jadeja was also charged with one count of possession of 15 or more unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3), and two counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A. *See id.* The Indictment included forfeiture allegations, which

alleged that upon conviction of the charged violation and pursuant to 18 U.S.C. § 981(a)(1)(C), which is made criminally applicable by 28 U.S.C. § 2461(c), the Defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation. *Id.* at 6. Upon conviction of a violation of 18 U.S.C. § 1029, Defendant Jadeja shall forfeit to the United Sates any personal property used or intended to be sued to commit such violation, and any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, pursuant to 18 U.S.C. § 982(a)(2)(B). *Id.* at 7.

2. On or about March 23, 2017, pursuant to a written Plea Agreement, Defendant Jadeja pleaded guilty to Count 1 of the Indictment, which charged him with conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. *See* Minute Entry, ECF No. 28; Jadeja's Factual Proffer, ECF No. 29; Jadeja's Plea Agreement, ECF No. 30. He also pleaded guilty to Count 10, which charged him with aggravated identity theft. *See id.* In his Plea Agreement, Defendant Jadeja agreed to forfeit to the United States voluntarily and immediately all property, real or personal, which constitutes or is derived from proceeds traceable to the fraudulent scheme charged in Count 7 of the Indictment. Jadeja's Plea Agreement ¶ 12, at 6. He agreed to consent to a forfeiture money judgment in the amount of at least $167,400 in U.S. currency. *See id.*

**THEREFORE**, the United States' Unopposed Motion for Order of Forfeiture is **GRANTED**, and it is hereby **ORDERED** that:

1. A forfeiture money judgment is entered against Defendant Abhijeetsinh Jadeja in the sum of $167,400 in U.S. currency;

2. Pursuant to Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, no ancillary proceeding is required as the requested forfeiture consists of only a money judgment;

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order

is final as to Defendant Abhijeetsinh Jadeja and shall be made part of the sentence of the Court and referenced in the judgment and commitment order issued in this case;

4. The United States is authorized, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m), to conduct any discovery necessary, including depositions, to identify, locate or dispose of forfeitable property; and

5. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Miami, Florida, this _______ day of June, 2017.

___________________________________
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Nalina Sombuntham, Assistant U.S. Attorney (2 certified copies)