**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 17-20085-CR-MARTINEZ**

**UNITED STATES OF AMERICA**

**vs.**

**ABHIJEETSINH JADEJA,**

**Defendant.**
________________________________/

**JOINT STIPULATION AND MOTION REGARDING RESTITUTION**

The United States of America and the defendant, Abhijeetsinh Jadeja, through counsel, hereby stipulate and agree that the appropriate amount of restitution to be ordered in this case is a total of $15,395.00, $13,600 of which is joint and several with co-defendant Rachel Jean Roragen, made payable as follows: $4,600 to Joan Falconer, $9,000 to Corey Martinez, $795 to Iesha Ford, and $1,000 to Russell Lee, Jr. The United States has provided the Probation Office with the victims' contact information.

The United States and the defendant jointly request that the Court modify the judgment [ECF No. 60] entered in this case to order the defendant to pay restitution as described above and cancel the restitution hearing scheduled for August 24, 2017.

Respectfully submitted,

s/ Jason Grey
Jason Grey
Florida Bar No. 817694
1800 SW 1st Street, Suite 206
Miami, Florida 33135
Phone: (305) 325-8119
ATTORNEY FOR ABHIJEETSINH JADEJA

s/ Daya Nathan
Daya Nathan
Florida Bar No. 74392
99 Northeast 4th Street
Miami, Florida 33132-2111
Phone: (305) 961-9147
ATTORNEY FOR THE UNITED STATES