UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 17-20085-CR-MARTINEZ**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABHIJEETSINH JADEJA,

Defendant.
_________________________________/

**ORDER GRANTING JOINT STIPULATION AND MOTION REGARDING RESTITUTION**

THIS CAUSE came before the Court upon the Government's Joint Stipulation and Motion Regarding Restitution [ECF No. 64]. The Court having considered the record, reviewed the motion, and being otherwise advised in the premises. It is hereby:

**ORDERED AND ADJUDGED** that the Joint Stipulation and Motion Regarding Restitution [ECF No. 64], is **GRANTED**. The Clerk shall amend the Judgement to reflect the restitution amounts ordered and the restitution hearing set for August 24, 2017 is **CANCELLED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of June, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel Of Record
U.S. Probation Office