NS:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20085-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABHIJEETSINH JADEJA and
RACHEL JEAN RORAGEN,

Defendants.
_______________________________/

# RELEASE OF LIS PENDENS

**GRANTEE(S): RACHAEL & CHRISTOPHER RORAGEN**

NOTICE IS HEREBY GIVEN, that a certain Lis Pendens recorded in the Office of the County Recorder Mahnomen County, Minnesota land records on July 7, 2017, the Official Document Number 132492, giving notice of the pendency of a forfeiture action in the United States District Court for the Southern District of Florida in United States of America v. Abhijeetsinh Jadeja and Rachel Jean Roragen, Case No. 17-20085-CR-MARTINEZ/GOODMAN, is hereby **released and discharged**.

The real property affected by this release is commonly known as:

The East Half of the Northeast Quarter (E1/2 NE 1/4) and the Northeast Quarter of the Southeast Quarter (NE1/4 SE1/4), Section Sixteen (16), Township One Hundred Forty-six (146), Range Forty-one (41) West of the Fifth Principal Meridian; AND ALSO,

The Southeast Quarter (SE1/4); the South Half of the Northeast Quarter (S1/2 NE1/4); and the East Half of the Northeast Quarter of the Southwest Quarter (E1/2 NE1/4 SW1/4), all in Section Nine (9) Township One Hundred Forty-six (146), Range Forty-one (41) West of Fifth Principal Meridian, including all buildings, improvements, fixtures, attachments and easements found

therein or thereon, and is more particularly described as:

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

This instrument was prepared by

By: s/ Nalina Sombuntham
Nalina Sombuntham (Fla. Bar No. 96139)
Assistant United States Attorney
E-mail: nalina.sombuntham2@usdoj.gov
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-7599

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney